**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Camino Agave, Inc |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  4  –  2  9  7  3  1  4  1 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **314 US Highway 181 North** | **P. O. Box 129** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Floresville**      **TX**    **78114** | **Floresville**      **TX**    **78114** |
| City             State   ZIP Code | City             State   ZIP Code |
| **Wilson** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City             State   ZIP Code |

5.  Debtor's website (URL)

6.  Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  __Camino Agave, Inc_____  Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.  *Check all that apply:*

  ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  A plan is being filed with this petition.

  ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No
☐  Yes.  District _____  When _____  Case number _____
                                                            MM / DD / YYYY
          District _____  When _____  Case number _____
                                                            MM / DD / YYYY
          District _____  When _____  Case number _____
                                                            MM / DD / YYYY

Debtor  **Camino Agave, Inc**                            Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

             District _____    When _____
                                                                MM / DD / YYYY

             Case number, if known _____

             Debtor _____    Relationship _____

             District _____    When _____
                                                                MM / DD / YYYY

             Case number, if known _____

**11. Why is the case filed in *this district?***

     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?**      *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

     **Where is the property?** _____
                                       Number      Street

                                              _____

                                              City                               State      ZIP Code

     **Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

               Contact name _____

               Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

     *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Camino Agave, Inc**                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |
| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/07/2016**
                    MM / DD / YYYY

X **/s/ Darren Kolbe**                                    **Darren Kolbe**
   Signature of authorized representative of debtor        Printed name

Title **President**

18. **Signature of attorney**

X **/s/ Dean W. Greer**                                Date **09/07/2016**
   Signature of attorney for debtor                         MM / DD / YYYY

**Dean W. Greer**
Printed name

**Dean W. Greer**
Firm name

**2929 Mossrock, Suite 117**
Number        Street

_____

**San Antonio**                                **TX**        **78230**
City                                             State        ZIP Code

**(210) 342-7100**                                **dwgreer@sbcglobal.net**
Contact phone                                    Email address

**08414100**
Bar number                                        State

**Fill in this information to identify the case**

Debtor name        **Camino Agave, Inc**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any
pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the
additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset
only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the
terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2. **Cash on hand**                                                                                         **$8,775.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo Checking account (operating)** | **Checking account** | 3  2  2  1 | ($119.00) |
| 3.2. **Wells Fargo Checking account (payroll)** | **Checking account** | 3  2  3  9 | $0.00 |

4. **Other cash equivalents**  *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.            **$8,656.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Camino Agave, Inc**                                    Case number (if known) _____
          Name

**7.**  **Deposits, including security deposits and utility deposits**

|     |                                                              | Current value of debtor's interest |
| --- | ------------------------------------------------------------ | ---------------------------------: |
|     | Description, including name of holder of deposit             |                                    |
| 7.1. | **Floresville Electric Light and Power System**             |                         $250.00 |
| 7.2. | **ERP, Ltd.**                                               |                      $10,000.00 |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Capital Premium Financing Inc. (Prepaid Insurance)** | $487,119.00 |
| --- | --- | ---: |

**9.**  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $497,369.00 |
| ---: |

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.**  **Accounts receivable**

|       |                    | face amount      | – | doubtful or uncollectible accounts | = | Current value of debtor's interest |
| ----- | ------------------ | ---------------- | - | ---------------------------------- | - | ---------------------------------: |
| 11a.  | 90 days old or less: | **$2,360,716.48** | – | **$0.00** | = .......➔ | $2,360,716.48 |
| 11b.  | Over 90 days old:  | **$1,656,974.38** | – | **$112,000.00** | = .......➔ | $1,544,974.38 |

**12.**  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $3,905,690.86 |
| ---: |

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

|       |                                                                                              | Valuation method used for current value | Current value of debtor's interest |
| ----- | -------------------------------------------------------------------------------------------- | --------------------------------------- | ---------------------------------: |
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** |  |  |
|       | Name of fund or stock: |  |  |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
|       | Name of entity:              % of ownership: |  |  |
| 15.1. | **Embark Environmental Holdings LLC**     **100%** |  | $250,000.00 |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
|       | Describe: |  |  |

**17.**  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| $250,000.00 |
| ---: |

Debtor  **Camino Agave, Inc**
Name

Case number (if known) _____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM/DD/YYYY | | | |
| 20. **Work in progress** | | | | |
| **work performed but not paid** | 08/01/2016 | $114,980.00 | Unknown | $114,980.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $114,980.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

Debtor    **Camino Agave, Inc**                                                Case number (if known) _____
          Name

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Field/Admin Office Furniture/Fixtures** | **$249,596.00** | **Book Value** | **$249,596.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **PC's, Servers, Work Stations etc.** | **$104,302.00** | **Book Value** | **$104,302.00** |
| 42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                        | **$353,898.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Trucks/light duty vehicles** | **$2,536,301.00** | **Book Value** | **$2,536,301.00** |

Debtor    **Camino Agave, Inc**_____    Case number (if known) _____
          Name

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats
        trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

   Field & Small Equipment _____ $3,351,359.00    Book Value _____ $3,351,359.00

**51.** **Total of Part 8.**
        Add lines 47 through 50.  Copy the total to line 87.                          | $5,887,660.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☑ No
        ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

## Part 9:  Real property

**54.** **Does the debtor own or lease any real property?**

        ☐ No.  Go to Part 10.
        ☑ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Cotulla, Kennedy, Floresville and Pecos** leasehold improvements | **Fee Simple** | | | **Unknown** |

**56.** **Total of Part 9.**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | $0.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☑ No
        ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

        ☑ No.  Go to Part 11.
        ☐ Yes.  Fill in the information below.

Debtor   __**Camino Agave, Inc**_____   Case number (if known) _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ☑ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| **unused NOLs** | Tax year _____ | **Unknown** |
|---|---|---|

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against 5X Partnes, LLC, Fernando Soto; Ricardo Aguero, Jr and Juan G. Ramon, former employees of the Debtor and various entities these employees used to divert funds, to unlawfully compete against the debtor and to obtain monies through presentation of false invoices**

**Unknown**

Nature of claim     __**Fraud and breach of contract**_____

Amount requested    _____

Debtor    **Camino Agave, Inc**                           Case number (if known) _____
           Name

| | |
|---|---|
| **Debtor believes this entity owned by former employees who used ficitious entities to created false invoices against the debtor. The amount of the claim is estimated.** | **$824,000.00** |

**Nature of claim**      fraud, breach of contract

**Amount requested**      _____

| | |
|---|---|
| **Debtor asserts claims against Beavers Mulching Services for fraudulent invoices. The amount of the claim is estimated.** | **$810,000.00** |

**Nature of claim**      breach of contract and fraud

**Amount requested**      _____

| | |
|---|---|
| **Claims against Mustor Energy Services for obtaining monies by submitting false invoices that were paid by the Debtor. Believe Mustor is connected with former employees of the Debtor. The amount of the claim is estimated.** | **$543,000.00** |

**Nature of claim**      breach of contract and fraud

**Amount requested**      _____

| | |
|---|---|
| **Claim against Backwoods Portables & Rentals for obtaining monies from debtor through submission of false and fraudulent invoices. The amount of the claim is estimated.** | **$1,006,000.00** |

**Nature of claim**      fraud and breach of contract

**Amount requested**      _____

| | |
|---|---|
| **Claims against Scarecrow Transport for obtaining monies from the Debtor by submitting false/fraudulent invoices. The amount of the claim is estimated** | **$134,000.00** |

**Nature of claim**      breach of contract and fraud

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Old Cardinale Capital, LLC (OCC)has sued the debtor for $674,525.00 in Webb County. OCC asserts it factored certain invoices of the debtor. This is disputed because Debtor cannot ascertain if the alleged factored receivables are for legitimate work performed by the Debtor. OCC is harming the debtor by placing liens of debtor's customers for failure to pay these claims** | **Unknown** |

**Nature of claim**      _____

**Amount requested**      _____

| | |
|---|---|
| **Claims against Conoco Phillips for unlawfully withholding monies for work performed by the Debtor. The amount of the claim is estimated.** | **$1,100,000.00** |

**Nature of claim**      Withholding of monies

**Amount requested**      $1,100,000.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Monies have been transferred between the Debtor and ShaleSource Funding, LLC who factored the Debtor's receivables. On the books of the Debtor it shows that ShaleSource Funding owes the Debtor $1,882,999.00 however the Debtor owes ShaleSource Funding, LLC $2,951,084.97** | **$1,882,999.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
                                                    **$6,299,999.00**

Debtor    **Camino Agave, Inc**                                    Case number (if known) _____
          Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$8,656.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$497,369.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,905,690.86** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$250,000.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$114,980.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$353,898.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,887,660.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..................................➜ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$6,299,999.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$17,318,252.86** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................ **$17,318,252.86**

**Fill in this information to identify the case:**

Debtor name  **Camino Agave, Inc**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**Caterpillar Financial Services** | Describe debtor's property that is subject to a lien<br>**(2) D6T Dozers, (2) CAT Excavator** | $289,939.41 | $353,691.40 |
| --- | --- | --- | --- |

Creditor's mailing address
**2120 West End Avenue**

**Nashville          TN    37203-5251**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number              **4   9   4   5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $3,326,036.87

Debtor   **Camino Agave, Inc**                                          Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.2** Creditor's name
**Caterpillar Financial Services**

Creditor's mailing address
**2120 West End Avenue**

_____

**Nashville          TN    37203-5251**

Creditor's email address, if known

_____

Date debt was incurred       _____

Last 4 digits of account
number                **3   9   0   5**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

**(1) Hydraulic Excavator, (1) Motor Grader**

Describe the lien
**Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$201,784.24          $215,236.51

---

**2.3** Creditor's name
**De Lage Landen**

Creditor's mailing address
**1111 Old Eagle School Rd.**

_____

**Wayne          PA    19087-1456**

Creditor's email address, if known

_____

Date debt was incurred       _____

Last 4 digits of account
number                **7   2   6   4**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

    ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

**Vermeer Trencher**

Describe the lien
**Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,275.25          $488,043.18

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 2

| Debtor | Camino Agave, Inc | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4**

| Creditor's name<br>**Internal Revenue Service** | Describe debtor's property that is subject to a lien | $170,000.00 | $9,000,000.00 |
|---|---|---|---|

Creditor's mailing address
**PO Box 7346**

**inventory/accounts receivables**

Describe the lien
**1040 Taxes**

**Philadelphia          PA    19101-7346**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2014**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.5**

| Creditor's name<br>**John Deere Construction & Forestry Co** | Describe debtor's property that is subject to a lien | $150,754.52 | $163,740.66 |
|---|---|---|---|

Creditor's mailing address
**P.O. Box 6600**

**(1) 700K Dozer**

Describe the lien
**Loan**

**Johnston          IA    50131-6600**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    **5   1   1   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor    **Camino Agave, Inc**                                        Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**  Creditor's name
**John Deere Construction & Forestry Co**

Creditor's mailing address
**P.O. Box 6600**

_____

_____

**Johnston          IA      50131-6600**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number                   **2   2   5   2**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**(1)210G Excavator**

Describe the lien

**Loan**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$89,419.83**    Column B: **$96,315.85**

---

**2.7**  Creditor's name
**John Deere Construction & Forestry Co**

Creditor's mailing address
**P.O. Box 6600**

_____

_____

**Johnston          IA      50131-6600**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number                   **1   6   2   7**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**(1) 700K Dozer**

Describe the lien

**Loan**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$160,157.54**    Column B: **$172,508.87**

---

| Debtor | Camino Agave, Inc | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.8** **Creditor's name**
**John Deere Construction & Forestry Co**

**Creditor's mailing address**
**P.O. Box 6600**

**Johnston          IA     50131-6600**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      **1   0   7   2**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**(1)770G Motorgrader**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$173,103.51          $179,193.59

**2.9** **Creditor's name**
**John Deere Credit Inc**

**Creditor's mailing address**
**6400 N.W. 86th St.**

**Johnston          IA     50131-2945**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      **3   6   0   1**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**(1)Dozer (1)Motorgrader**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$211,747.13          $247,249.71

Debtor   **Camino Agave, Inc**_____   Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | *Amount of claim* | *Value of collateral* |
| | | Do not deduct the | that supports |
| | | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**  Creditor's name
**Leasing Associates Inc**

Creditor's mailing address
**4425 S. MoPac Expwy, Ste. 500**

_____

_____

**Austin                    TX     78235**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    __ __ __ __

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
           relative priority?

      ☐ No.  Specify each creditor, including this
                creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
                 specified on lines _____

Describe debtor's property that is
subject to a lien

**light duty trucks**

Describe the lien

**Business Debt / Agreement**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,063,000.00**        Column B: **$1,278,500.00**

---

**2.11**  Creditor's name
**The F&M Bank & Trust Co.**

Creditor's mailing address
**1330 S. Harvard Ave.**

_____

**Tulsa                    OK   74112-5818**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                    **1   0   1   3**

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes.  Have you already specified the
           relative priority?

      ☐ No.  Specify each creditor, including this
                creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
                 specified on lines _____

Describe debtor's property that is
subject to a lien

**(1) T65511 Trencher**

Describe the lien

**Loan**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$131,596.94**        Column B: **$52,412.45**

---

Debtor  **Camino Agave, Inc** _____  Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.12** Creditor's name
**The F&M Bank & Trust Co.**

Creditor's mailing address
**1330 S. Harvard Ave.**

_____

_____

**Tulsa**           **OK   74112-5818**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number           **1   0   7   3**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien

**(2) JD 700J Sidebooms**

Describe the lien

**Loan**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,466.09        $35,580.57

---

**2.13** Creditor's name
**The F&M Bank & Trust Co.**

Creditor's mailing address
**1330 S. Harvard Ave.**

_____

_____

**Tulsa**           **OK   74112-5818**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account
number           **1   2   3   3**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines _____

Describe debtor's property that is
subject to a lien

**(18) Chevrolet trucks**

Describe the lien

**Loan**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,682.40        $117,673.61

---

| Debtor | **Camino Agave, Inc** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the | that supports |
| | | | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.14**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $150,993.61 | $245,715.74 |
|---|---|---|---|
| **Wells Fargo Equipment Finance Inc.** | **(2)Sideboom (1)Dozer (1)Excavator (1)Sierra (2)Pod** | | |

**Creditor's mailing address**
**733 Marquette Avenue, Ste. 700**

**Describe the lien**
**Business Debt**

**Minneapolis          MN    55402**

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**          **8  7  0  3**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.15**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $203,300.95 | $279,843.63 |
|---|---|---|---|
| **Wells Fargo Equipment Finance Inc.** | **(2)Drum Roller (1)Sideboom (2) Excavator (4)Backhoe** | | |

**Creditor's mailing address**
**733 Marquette Avenue Ste 700**

**Describe the lien**
**Business Debt**

**Minneapolis          MN    55402-2340**

**Creditor's email address, if known**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**          **8  7  0  4**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  __Camino Agave, Inc_____     Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Part 1:  Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.16**

Creditor's name
**Wells Fargo Equipment Finance Inc.**

Creditor's mailing address
**733 Marquette Avenue Ste 700**

_____

**Minneapolis          MN    55402-2340**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account
number                    **8    7    0    5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

　　☐  No.  Specify each creditor, including this
　　　　creditor, and its relative priority.

　　☐  Yes.  The relative priority of creditors is
　　　　specified on lines  _____

Describe debtor's property that is
subject to a lien

**(5)Rollers (2)MotorGrader (1)
Backhoe**

Describe the lien

**Business Debt**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$282,815.45**            **$358,225,260.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Camino Agave, Inc** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

Total claim          Priority amount

Debtor  **Camino Agave, Inc**                                      Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,201.50** |

**4J's Trucking LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Laredo**            **TX    78041**

**Basis for the claim:**
**Services and Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00** |

**A&E Hauling**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Laredo**            **TX    78041**

**Basis for the claim:**
**Services and Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,998.93** |

**AA Trucking LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Laredo**            **TX    78041**

**Basis for the claim:**
**Services and Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,115.02** |

**Alamo Lumber Company**

**334 North Sunset Strip**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kenedy**            **TX    78119**

**Basis for the claim:**
**Services and Supplies**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   __Camino Agave, Inc_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5**   Nonpriority creditor's name and mailing address

**Alfredo Morales**

**PO Box 2762**

**Laredo**                    **TX**    **78044**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

**3.6**   Nonpriority creditor's name and mailing address

**American X-Ray and Inspec.**

**2040 Trade Drive**

**Midland**                    **TX**    **79706**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,210.50**

---

**3.7**   Nonpriority creditor's name and mailing address

**AmPro Strategic Alliance**

**800 Clemson Street**

**Barwtow**                    **TX**    **79719**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,110.00**

---

**3.8**   Nonpriority creditor's name and mailing address

**Arturo Padilla**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**                    **TX**    **78041**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,325.00**

---

| Debtor | **Camino Agave, Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** Nonpriority creditor's name and mailing address

**Auto Alarm of Laredo**

**201 W. Hillside Rd. #4**

**Laredo**      **TX**      **78041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,872.22**

---

**3.10** Nonpriority creditor's name and mailing address

**Backwoods Portables**

**PO Box 451748**

**Laredo**      **TX**      **78045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☐ No
☑ Yes

**$88,824.38**

---

**3.11** Nonpriority creditor's name and mailing address

**Bowman Energy Services**

**PO Box 451748**

**Laredo**      **TX**      **78045**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☐ No
☑ Yes

**$54,914.97**

---

**3.12** Nonpriority creditor's name and mailing address

**Bowman Energy Services**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**      **TX**      **78041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,945.98**

---

Debtor    **Camino Agave, Inc**                                Case number (if known)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**  Nonpriority creditor's name and mailing address

**Briggs Equipment**

**PO Box 841272**

**Dallas**                         **TX**    **75284-1272**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$19,698.55

---

**3.14**  Nonpriority creditor's name and mailing address

**C&A Hauling**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**                         **TX**    **78041**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$1,610.00

---

**3.15**  Nonpriority creditor's name and mailing address

**Capitol Aggregates Inc**

**PO Box 840860**

**Dallas**                         **TX**    **75284**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$1,858.00

---

**3.16**  Nonpriority creditor's name and mailing address

**Cat Commercial Account**

**PO Box 978595**

**Dallas**                         **TX**    **75397-8595**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$1,384.46

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 5

| Debtor | Camino Agave, Inc | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

CBS Trucking Inc.

c/o Old Cardinale Capital

5904 West Dr., Ste. 22

Laredo                TX      78041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Services and Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,190.00**

---

**3.18** Nonpriority creditor's name and mailing address

Cintas Corporation #496

3349 SE Loop 410

San Antonio           TX      78222

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services and Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,462.01**

---

**3.19** Nonpriority creditor's name and mailing address

Circle S Trucking LLC

1948 CR 1234

Nemo                  TX      76070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Services and Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**($55.75)**

---

**3.20** Nonpriority creditor's name and mailing address

CNH Capital America LLC

100 Brubaker Ave

New Holland           PA      17557-1661

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor _____Camino Agave, Inc_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Complete Chemical Services**

**1003 W. County Rd., 303**

_____

**Orange Grove**　　　　　**TX**　　**78372**

Date or dates debt was incurred　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$910.65**

---

**3.22**   Nonpriority creditor's name and mailing address

**ConocoPhillips**

**P. O. Box 2197**

_____

**Houston**　　　　　**TX**　　**77252-2197**

Date or dates debt was incurred　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$2,079,402.50**

---

**3.23**   Nonpriority creditor's name and mailing address

**Country Tire**

**177 CR 6870**

_____

**Natalia**　　　　　**TX**　　**78059**

Date or dates debt was incurred　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,603.61**

---

**3.24**   Nonpriority creditor's name and mailing address

**D & L Fresh Water**

**PO Box 254**

_____

**Runge**　　　　　**TX**　　**78151**

Date or dates debt was incurred　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$175.30**

---

Debtor  **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341,260.00** |
|---|---|---|---|

**Directional Drilling Co.**

**c/o Mr. Matias Garcia**

**3821 Juniper Trace Ste. 108**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Austin**                    **TX**      **78738**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred              _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.63** |
|---|---|---|---|

**Dittmar Lumber Corp**

**500 Seguin St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**              **TX**      **78208**

Basis for the claim:
**Supplies**

Date or dates debt was incurred              _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,695.44** |
|---|---|---|---|

**Double Rafter H. Construction**

**PO Box 1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pleasanton**               **TX**      **78064**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred              _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.03** |
|---|---|---|---|

**Dun & Bradstreet**

**PO Box 75542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                  **IL**      **60675-5542**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred              _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

| Debtor | Camino Agave, Inc | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

**E & A Hauling LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

| **Laredo** | **TX** | **78041** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$980.00**

---

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fishing & Pleasure SWD**

**PO Box 1479**

| **Carlsbad** | **NM** | **88220** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$750.00**

---

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fleetpride**

**P. O. Box 847118**

| **Dallas** | **TX** | **75284-7118** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,652.52**

---

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Foster Pipe**

**PO Box 431**

| **Kenedy** | **TX** | **78119** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$306.00**

---

| Debtor | **Camino Agave, Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33** Nonpriority creditor's name and mailing address

**Frontera Dump Trucks LLC**
**c/o Old Cardinale Capital**
**5904 West Dr., STe.22**

**Laredo** TX 78041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$62,030.00**

**3.34** Nonpriority creditor's name and mailing address

**G. Arce Dump Services LLC**
**c/o Old Cardinale Capital**
**5904 West Dr., Ste. 22**

**Laredo** TX 78041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,100.00**

**3.35** Nonpriority creditor's name and mailing address

**Genco Energy Services Inc**
**PO Box 720130**

**McAllen** TX 78504

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,388.90**

**3.36** Nonpriority creditor's name and mailing address

**Gonzalez Welding Service**
**120 W. Eistetter**

**Laredo** TX 78041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

Debtor   **Camino Agave, Inc**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.37** | Nonpriority creditor's name and mailing address |
|---|---|

**Guapito's Trucking**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**                          **TX**      **78041**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,627.50**

---

| **3.38** | Nonpriority creditor's name and mailing address |
|---|---|

**Holt Cat**

**P. O. Box 207916**

**San Antonio**                     **TX**      **78220-7916**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,600.00**

---

| **3.39** | Nonpriority creditor's name and mailing address |
|---|---|

**Interstate Billing**

**PO Box 2208**

**Decatur**                          **AL**      **35609-2208**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,826.64**

---

| **3.40** | Nonpriority creditor's name and mailing address |
|---|---|

**J. E. Trucking**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**                          **TX**      **78041**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,380.00**

---

Debtor    **Camino Agave, Inc**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:    $79,757.50
Check all that apply.

**J. Moss Investments Inc**_____
- ☐ Contingent
**PO Box 337**_____
- ☐ Unliquidated
- ☐ Disputed

_____

**Kenedy**_____**TX**____**78119**    Basis for the claim:
**Services and Supplies**_____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No
                                                ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:    $5,355.00
Check all that apply.

**K&B Transport Laredo LLC**_____
- ☑ Contingent
**c/o Old Cardinale Capital**_____
- ☐ Unliquidated
**5904 West Dr., Ste. 22**_____
- ☑ Disputed

_____

**Laredo**_____**TX**____**78041**    Basis for the claim:
**Services and Supplies**_____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No
                                                ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:    $756.23
Check all that apply.

**Knox Oil Filed Supply Inc**_____
- ☐ Contingent
**PO Box 60150**_____
- ☐ Unliquidated
- ☐ Disputed

_____

**San Angelo**_____**TX**____**76906**    Basis for the claim:
**Services and Supplies**_____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No
                                                ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:    $536.65
Check all that apply.

**Laredo Discount Metals**_____
- ☐ Contingent
**PO Box 3032**_____
- ☐ Unliquidated
- ☐ Disputed

_____

**Laredo**_____**TX**____**78044**    Basis for the claim:
**Services and Supplies**_____

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number __ __ __ __    ☑ No
                                                ☐ Yes

| Debtor | **Camino Agave, Inc** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45**  Nonpriority creditor's name and mailing address

**Light Tower Rental**

**2330 East I-20 South**

**Odessa**                          **TX      79766**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,283.77**

---

**3.46**  Nonpriority creditor's name and mailing address

**M&G Trucking**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo**                          **TX      78041**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,910.00**

---

**3.47**  Nonpriority creditor's name and mailing address

**Medina Electric Cooperative**

**PO Box 33850**

**San Antonio**                     **TX      78265-3850**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$330.86**

---

**3.48**  Nonpriority creditor's name and mailing address

**Michelin North America Inc**

**PO Box 100860**

**Atlanta**                         **GA      30384-0860**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$339.50**

---

Debtor  **Camino Agave, Inc**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,315.00** |

Check all that apply.

**Milestone Environmental Serv.**

**330 Main Street Ste. 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sealy**                          **TX      77474**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,081.85** |

Check all that apply.

**Mobile-Crete**

**PO Box 843466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                          **TX      75284-3466**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,460.00** |

Check all that apply.

**MTN**

**23 West Industrial Loop**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Midland**                          **TX      79701**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,920.00** |

Check all that apply.

**Mustor Services, LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Laredo**                          **TX      78041**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___

☐ No
☑ Yes

Debtor     **Camino Agave, Inc**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.53**  Nonpriority creditor's name and mailing address

**N.P.E.**

**PO Box 4789**

_____

**Corpus Christi**          **TX**      **78469**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$334.20**

---

**3.54**  Nonpriority creditor's name and mailing address

**NAPA**

**203 S. Oleander**

_____

**Pecos**          **TX**      **79772**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,791.21**

---

**3.55**  Nonpriority creditor's name and mailing address

**Neff Rental**

**PO Box 405138**

_____

**Atlanta**          **GA**      **30384-5138**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,020.10**

---

**3.56**  Nonpriority creditor's name and mailing address

**NGL Water Solutions - Eagle Ford, LLC**

**3773 Cherry Creek North Drive, Ste. 1000**

_____

**Denver**          **CO**      **80209**

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$195.00**

---

Debtor  __Camino Agave, Inc__                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**NGL Water Solutions Permiam LLC**

**3773 Cherry Creek North Drive, Ste. 1000**

**Denver                    CO      80209**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$342.00**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Old Cardinale Capital LLC**

**c/o Campero Tamez PLLC**

**315 Calle del Norte Ste. 207**

**Laredo                    TX      78041**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☐ No
☑ Yes

**$674,525.09**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Outlaw Hauling LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

**Laredo                    TX      78041**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,920.00**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Pecos Welding Supply**

**PO Box 1149**

**Pecos                    TX      79772**

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$16.00**

Debtor   **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $776.43 |
|---|---|---|---|

**Pipeline Supply & Service**

**PO Box 74321**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Cleveland**                 **OH**    **44194**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,600.00 |
|---|---|---|---|

**Premier Torque & Testing**

**PO Box 260074**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Corpus Christi**            **TX**    **78426**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.24 |
|---|---|---|---|

**Price Chevrolet**

**2035 W. Oaklawn**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Pleasanton**               **TX**    **78064**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.99 |
|---|---|---|---|

**Rain for Rent Kenedy**

**221 Airport Road**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Kenedy**                   **TX**    **76001**

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor  **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.65**  Nonpriority creditor's name and mailing address

**Ramiro Villarreal Lopez**

_____

_____

**Laredo**                    **TX**      **78040**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,250.00**

---

**3.66**  Nonpriority creditor's name and mailing address

**RDO Equipment Co.**

**102 Wilcox Road**

_____

**Laredo**                    **TX**      **78043**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,384.95**

---

**3.67**  Nonpriority creditor's name and mailing address

**Richardson Bros. Inc.**

**P. O. Box 760**

_____

**Floresville**                **TX**      **78114**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repairs**

Is the claim subject to offset?
☑ No
☐ Yes

**($315.35)**

---

**3.68**  Nonpriority creditor's name and mailing address

**Rudolfo Garza**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

_____

**Laredo**                    **TX**      **78041**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,645.00**

---

Debtor    **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,338.04 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Rush Truck Leasing**
**PO Box 34630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

San Antonio              TX     78265-4630          **Truck Parts Consignment**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                       ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | | $165,979.96 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Scarecrow Transport LLC**
**c/o Old Cardinale Capital**
**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Laredo                   TX     78041               **Services and Supplies**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                       ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | | $2,951,084.97 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**ShaleSource Funding, LLC.**
**724 Grove Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Fort Worth               TX     76102

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                       ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | | $14,824.47 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**South Texas Rock LP**
**PO Box 509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Encinal                  TX     78019               **Services and Supplies**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __          ☑ No
                                                       ☐ Yes

---

Debtor    **Camino Agave, Inc**                    Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$17,371.81** |
| --- | --- | --- | --- |

**Southern Tire Mart LLC**

**529 Industrial Park Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Columbia** | **MS** | **39429** |
| --- | --- | --- |

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,450.00** |
| --- | --- | --- | --- |

**Tex-America Carriers LLC**

**c/o Old Cardinale Capital**

**5904 West Dr., Ste. 22**

☑ Contingent
☐ Unliquidated
☑ Disputed

| **Laredo** | **TX** | **78041** |
| --- | --- | --- |

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,850.00** |
| --- | --- | --- | --- |

**Texas Re-Excavation LC**

**PO Box 925067**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77292** |
| --- | --- | --- |

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$289.27** |
| --- | --- | --- | --- |

**The Sherwin Williams Co.**

**2005 N. Saint Marys St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Beeville** | **TX** | **78102** |
| --- | --- | --- |

Basis for the claim:
**Services and Supplies**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                          **Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,270.80** |

**Third Coast Distributing LLC**

**PO Box 60410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Corpus Christi**          **TX**     **78466-0410**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,335.81** |

**Trashco LTD**

**PO Box 450635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Laredo**                **TX**     **78045**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$835.52** |

**United Rentals**

**PO Box 840514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Dallas**                **TX**     **75284-0514**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$353.51** |

**Victoria Farm Equipment Co**

**PO Box 1996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Victoria**              **TX**     **77902**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Camino Agave, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$90.00**

**Wood Group PSN Inc**

☐ Contingent

**17420 Katy Freeway**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Houston**                          **TX      77094**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.82**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,414.08**

**Wright Materials Inc.**

☐ Contingent

**5706 FM 3088**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services and Supplies**

**Robstown**                          **TX      78380**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.83**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Zapata Feed & Ranch Supplies**

☐ Contingent

**1010 Jackson Street**

☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplies**

**Zapata**                          **TX      78076**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

Debtor    **Camino Agave, Inc**                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  5X Partners Consulting, LLC**<br>**422 Emerald Lake Drive**<br><br>**Laredo          TX     78041** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.2  Fernando A. Soto**<br>**133 Michah Pit**<br><br>**La Vernia          TX     78121** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3  Juan G. Ramon**<br>**P. O. Box 444**<br><br>**San Ygnacio          TX     78067** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.4  Ricardo Aguero, Jr.**<br>**2513 Seymour Ave**<br><br>**Laredo          TX     78040** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor     __**Camino Agave, Inc**_____     Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.     Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$6,897,758.95** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,897,758.95** |

**Fill in this information to identify the case:**

Debtor name    **Camino Agave, Inc**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)      Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Administration Office**<br>**Contract to be ASSUMED** | **Administration Office**<br>**Floresville TX** |
| | State the term remaining | **Exp Month to Month** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **lease for truck**<br>**Contract to be ASSUMED** | **Embark Transport LTD.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Cotula Operating Yard**<br>**Contract to be ASSUMED** | **ERCP, LTD**<br>**17976 USHWY 87W** |
| | State the term remaining | **Exp 2-1-2017** | |
| | List the contract number of any government contract | | **Adkins**      **TX**    **78101** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Kenedy Operating Yard**<br>**Contract to be ASSUMED** | **Nancy Brundretta**<br>**272 CR 150A** |
| | State the term remaining | **Exp 1-31-2017** | |
| | List the contract number of any government contract | | **Kenedy**      **TX**    **78119** |

Debtor  **Camino Agave, Inc**　　　　　　　　　Case number (if known) _____

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Pecos Operating Yard Contract to be ASSUMED | Pecos Industrial Park, LLC |
|---|---|---|---|
| | | | PO Box 1149 |
| | State the term remaining | Exp 8-31-2017 | |
| | List the contract number of any government contract | | Pecos　　　　　　TX　　79772 |

**Fill in this information to identify the case:**

Debtor name __**Camino Agave, Inc**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Camino Agave, Inc**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................................. | **$17,318,252.86**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................................... | **$17,318,252.86**

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$3,326,036.87**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+ $6,897,758.95**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................................................... | **$10,223,795.82**

---

**Fill in this information to identify the case and this filing:**

Debtor Name    __**Camino Agave, Inc**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known)    _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**09/07/2016**__     **X** **/s/ Darren Kolbe**
      MM / DD / YYYY       Signature of individual signing on behalf of debtor

                        **Darren Kolbe**
                        Printed name

                        **President**
                        Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Camino Agave, Inc</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:      Income

1.    **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2016**<br>MM / DD / YYYY | to Filing date | | ☑ Operating a business<br>☐ Other _____ | **$9,000,000.00** |
| For prior year: | From **01/01/2015**<br>MM / DD / YYYY | to **12/31/2015**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$47,900,000.00** |
| For the year before that: | From **01/01/2014**<br>MM / DD / YYYY | to **12/31/2014**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$84,200,000.00** |

2.    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **To be provided**<br>Creditor's name<br><br>Street<br><br><br>City                          State      ZIP Code | **Paid in ordinary course of business** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

Debtor    __Camino Agave, Inc_____    Case number (if known)    _____
              Name

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. __Darren Kolbe_____ |  | __$128,333.00__ | **salary** |
| Insider's name |  |  |  |
| _____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| _____  ___  _____ |  |  |  |
| City            State   ZIP Code |  |  |  |

**Relationship to debtor**

**President**_____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| __Conoco_____ | **offset** | __8/2/2016__ | __$431,741.50__ |
| Creditor's name |  |  |  |
| **P. O. Box 2197**_____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| **Houston**____ **TX** __77252__ | Last 4 digits or account number: XXXX- __ __ __ __ |  |  |
| City        State   ZIP Code |  |  |  |

Debtor __**Camino Agave, Inc**_____     Case number (if known) _____
        Name

---

## Part 3:    Legal Actions or Assignments

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
     List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
     was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Old Cardinal Capital LLC vs. Camino agave Inc and Embark Transport LTD** | | **In The District Court** <br> Name <br><br> **406th Judicial District** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2016CVI0002073D4** | | **Webb County**      **TX** <br> City    State   ZIP Code | |
| 7.2. | **Zapata Feed & Ranch Supplies v. Camino Agave Inc** | | **In the 49th Judicial District Court** <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **8795** | | **Zapata County**      **TX** <br> City    State   ZIP Code | |
| 7.3. | **Camino Agave Inc. v. Mo-Vac Service Company** | | **In the 218th Judicial District Court** <br> Name <br><br> Street | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **15-06-00128-CVK** | | **Karnes County**      **TX** <br> City    State   ZIP Code | |
| 7.4. | **Camino Agave, Inc. and Embark Transport v. Fernando Soto, Richard Aguero, Jr., Juan G. Ramon and 5X Partners Consulting, LLC** <br> Case number <br> **236286232-16** | | **District Clerk, Tarrant County, Texas** <br> Name <br><br> Street <br><br> City    State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Debtor | Camino Agave, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Various** | **Customary gifts to school districts,** | | **$32,078.88** |
| | Recipient's name | **March of Dimes, Fair Associations,** | | |
| | | **Zapata County Chamber of Commerce,** | | |
| | Street | **Reeves County Jr. Livestock show & Sale** | | |
| | | | | |
| | City                State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dean W. Greer, Attorney** | | **09/01/2016** | **$30,000.00** |
| | **Address** | | | |
| | **2929 Mossrock, Suite 117** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio           TX    78230** | | | |
| | City                State   ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

Debtor   **Camino Agave, Inc**_____   Case number (if known) _____
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor    **Camino Agave, Inc**           Case number (if known) _____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor **Camino Agave, Inc**         Case number (if known) _____
<br>Name

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
<br>☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
<br>☐ Yes. Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
<br>List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

   26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.1. | **Fernando Soto** | From | **2000** | To | **6/2016** |
| | Name | | | | |
| | Street | | | | |
| | City       State    ZIP Code | | | | |

   26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☑ None

   26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☑ None

   26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☑ None

Debtor __**Camino Agave, Inc**_____  Case number (if known) _____
          Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darren Kolbe | | President | 0% |
| Fernando Soto | | Controller | 0% |
| Darren Paul Colby Revocable Tr | | | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☒ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Fernando Soto | | Comptroller | From **2000** To **Jan. 2016** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes.  Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Darren Kolbe** | **$128,333.00** | | |
| | Name | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City      State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Prresident** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes.  Identify below.

Debtor    **Camino Agave, Inc**                                    Case number (if known) _____
              Name

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/07/2016**
             MM / DD / YYYY

X **/s/ Darren Kolbe**                                    Printed name  **Darren Kolbe**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **Camino Agave, Inc**

Case No.  _____

Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  **$30,000.00**

Prior to the filing of this statement I have received........................................................  **$30,000.00**

Balance Due................................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____**09/07/2016**_____ | **/s/ Dean W. Greer**_____ | |
| *Date* | *Dean W. Greer* | Bar No.  08414100 |
| | Dean W. Greer | |
| | 2929 Mossrock, Suite 117 | |
| | San Antonio, TX 78230 | |
| | Phone: (210) 342-7100 / Fax: (210) 342-3633 | |

---

  **/s/ Darren Kolbe**_____
*Darren Kolbe*
*President*

**Fill in this information to identify the case:**

Debtor name **Camino Agave, Inc**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ShaleSource Funding, LLC. 724 Grove Street Fort Worth, TX 76102 | | | | | | $2,951,084.97 |
| 2 | ConocoPhillips P. O. Box 2197 Houston, TX 77252-2197 | | Business Debt | Contingent Disputed | | | $2,079,402.50 |
| 3 | Old Cardinale Capital LLC c/o Campero Tamez PLLC 315 Calle del Norte Ste. 207 Laredo TX 78041 | | Lawsuit | Contingent Disputed | | | $674,525.09 |
| 4 | Directional Drilling Co. c/o Mr. Matias Garcia 3821 Juniper Trace Ste. 108 Austin TX 78738 | | Business Debt | Contingent Disputed | | | $341,260.00 |
| 5 | Scarecrow Transport LLC c/o Old Cardinale Capital 5904 West Dr., Ste. 22 Laredo, TX 78041 | | Services and Supplies | Contingent Disputed | | | $165,979.96 |

Debtor    __Camino Agave, Inc__        Case number (if known) _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Backwoods Portables PO Box 451748 Laredo TX 78045 | | Business Debt | Contingent Disputed | | | $88,824.38 |
| 7   J. Moss Investments Inc PO Box 337 Kenedy TX 78119 | | Services and Supplies | | | | $79,757.50 |
| 8   The F&M Bank & Trust Co. 1330 S. Harvard Ave. Tulsa OK 74112-5818 | | Loan | | $131,596.94 | $52,412.45 | $79,184.49 |
| 9   Frontera Dump Trucks LLC c/o Old Cardinale Capital 5904 West Dr., STe.22 Laredo TX 78041 | | Services and Supplies | Contingent Disputed | | | $62,030.00 |
| 10   Bowman Energy Services PO Box 451748 Laredo TX 78045 | | Services and Supplies | Contingent Disputed | | | $54,914.97 |
| 11   Rush Truck Leasing PO Box 34630 San Antonio TX 78265-4630 | | Truck Parts Consignment | | | | $43,338.04 |
| 12   Genco Energy Services Inc PO Box 720130 McAllen TX 78504 | | Services and Supplies | | | | $32,388.90 |
| 13   AA Trucking LLC c/o Old Cardinale Capital 5904 West Dr., Ste. 22 Laredo, TX 78041 | | Services and Supplies | Contingent Disputed | | | $30,998.93 |

Debtor     **Camino Agave, Inc**_____     Case number (if known) _____
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 14 Briggs Equipment<br>PO Box 841272<br>Dallas, TX 75284-1272 | | Supplies | | | | $19,698.55 |
| 15 Southern Tire Mart LLC<br>529 Industrial Park Rd.<br>Columbia MS 39429 | | Services and Supplies | | | | $17,371.81 |
| 16 4J's Trucking LLC<br>c/o Old Cardinale Capital<br>5904 West Dr., Ste. 22<br>Laredo, TX 78041 | | Services and Supplies | Contingent Disputed | | | $15,201.50 |
| 17 Outlaw Hauling LLC<br>c/o Old Cardinale Capital<br>5904 West Dr., Ste. 22<br>Laredo, TX 78041 | | Business Debt | Contingent Disputed | | | $14,920.00 |
| 18 South Texas Rock LP<br>PO Box 509<br>Encinal TX 78019 | | Services and Supplies | | | | $14,824.47 |
| 19 Rudolfo Garza<br>c/o Old Cardinale Capital<br>5904 West Dr., Ste. 22<br>Laredo, TX 78041 | | Business Debt | Contingent Disputed | | | $14,645.00 |
| 20 Bowman Energy Services<br>c/o Old Cardinale Capital<br>5904 West Dr., Ste. 22<br>Laredo, TX 78041 | | Services and Supplies | Contingent Disputed | | | $13,945.98 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Camino Agave, Inc**                                          CASE NO

                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/7/2016                                    Signature   _/s/ Darren Kolbe_
                                                              _Darren Kolbe_
                                                              _President_

Date                                              Signature

4J's Trucking LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


5X Partners Consulting, LLC
422 Emerald Lake Drive
Laredo, TX 78041


A&E Hauling
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


AA Trucking LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


Alamo Lumber Company
334 North Sunset Strip
Kenedy TX 78119


Alfredo Morales
PO Box 2762
Laredo TX 78044


American X-Ray and Inspec.
2040 Trade Drive
Midland TX 79706


AmPro Strategic Alliance
800 Clemson Street
Barwtow TX 79719


Arturo Padilla
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


Attorney General of the U.S.
10th & Const. Ave. N.W.#5111
Washington, D.C. 20530

Auto Alarm of Laredo
201 W. Hillside Rd. #4
Laredo TX 78041


Backwoods Portables
PO Box 451748
Laredo TX 78045


Bowman Energy Services
PO Box 451748
Laredo TX 78045


Bowman Energy Services
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Briggs Equipment
PO Box 841272
Dallas, TX 75284-1272


C&A Hauling
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Capitol Aggregates Inc
PO Box 840860
Dallas TX 75284


Cat Commercial Account
PO Box 978595
Dallas TX 75397-8595


Caterpillar Financial Services
2120 West End Avenue
Nashville, TN 37203-5251


CBS Trucking Inc.
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Cintas Corporation #496
3349 SE Loop 410
San Antonio TX 78222


Circle S Trucking LLC
1948 CR 1234
Nemo TX 76070


CNH Capital America LLC
100 Brubaker Ave
New Holland PA 17557-1661


Complete Chemical Services
1003 W. County Rd., 303
Orange Grove TX 78372


ConocoPhillips
P. O. Box 2197
Houston, TX 77252-2197


Country Tire
177 CR 6870
Natalia TX 78059


D & L Fresh Water
PO Box 254
Runge TX 78151


De Lage Landen
1111 Old Eagle School Rd.
Wayne PA 19087-1456


Directional Drilling Co.
c/o Mr. Matias Garcia
3821 Juniper Trace Ste. 108
Austin TX 78738


Dittmar Lumber Corp
500 Seguin St
San Antonio, TX 78208

Double Rafter H. Construction
PO Box 1083
Pleasanton TX 78064


Dun & Bradstreet
PO Box 75542
Chicago IL 60675-5542


E & A Hauling LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Fernando A. Soto
133 Michah Pit
La Vernia, TX 78121


Fishing & Pleasure SWD
PO Box 1479
Carisbad NM 88220


Fleetpride
P. O. Box 847118
Dallas, TX 75284-7118


Foster Pipe
PO Box 431
Kenedy TX 78119


Frontera Dump Trucks LLC
c/o Old Cardinale Capital
5904 West Dr., STe.22
Laredo TX 78041

G. Arce Dump Services LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


Genco Energy Services Inc
PO Box 720130
McAllen TX 78504

Gonzalez Welding Service
120 W. Eistetter
Laredo TX 78041


Guapito's Trucking
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Holt Cat
P. O. Box 207916
San Antonio, TX 78220-7916


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


Interstate Billing
PO Box 2208
Decatur AL 35609-2208


J. E. Trucking
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

J. Moss Investments Inc
PO Box 337
Kenedy TX 78119


John Deere Construction & Forestry Co.
P.O. Box 6600
Johnston, IA 50131-6600


John Deere Credit Inc
6400 N.W. 86th St.
Johnston IA 50131-2945

Juan G. Ramon
P. O. Box 444
San Ygnacio, TX 78067


K&B Transport Laredo LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Knox Oil Filed Supply Inc
PO Box 60150
San Angelo TX 76906


Laredo Discount Metals
PO Box 3032
Laredo TX 78044


Leasing Associates Inc
4425 S. MoPac Expwy, Ste. 500
Austin TX 78235


Light Tower Rental
2330 East I-20 South
Odessa TX 79766


M&G Trucking
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Medina Electric Cooperative
PO Box 33850
San Antonio TX 78265-3850


Michelin North America Inc
PO Box 100860
Atlanta GA 30384-0860


Milestone Environmental Serv.
330 Main Street Ste. 3
Sealy TX 77474

```
Mobile-Crete
PO Box 843466
Dallas TX 75284-3466


MTN
23 West Industrial Loop
Midland TX 79701


Mustor Services, LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


N.P.E.
PO Box 4789
Corpus Christi TX 78469


NAPA
203 S. Oleander
Pecos, TX 79772


Neff Rental
PO Box 405138
Atlanta GA 30384-5138


NGL Water Solutions - Eagle Ford, LLC
3773 Cherry Creek North Drive, Ste. 1000
Denver CO 80209


NGL Water Solutions Permiam LLC
3773 Cherry Creek North Drive, Ste. 1000
Denver CO 80209


Old Cardinale Capital LLC
c/o Campero Tamez PLLC
315 Calle del Norte Ste. 207
Laredo TX 78041


Outlaw Hauling LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041
```

Pecos Welding Supply
PO Box 1149
Pecos, TX 79772


Pipeline Supply & Service
PO Box 74321
Cleveland OH 44194


Premier Torque & Testing
PO Box 260074
Corpus Christi TX 78426


Price Chevrolet
2035 W. Oaklawn
Pleasanton TX 78064


Rain for Rent Kenedy
221 Airport Road
Kenedy, TX 76001


Ramiro Villarreal Lopez
Laredo TX 78040


RDO Equipment Co.
102 Wilcox Road
Laredo TX 78043


Ricardo Aguero, Jr.
2513 Seymour Ave
Laredo, TX 78040


Richardson Bros. Inc.
P. O. Box 760
Floresville, TX 78114


Rudolfo Garza
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041

Rush Truck Leasing
PO Box 34630
San Antonio TX 78265-4630


Scarecrow Transport LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


ShaleSource Funding, LLC.
724 Grove Street
Fort Worth, TX 76102


South Texas Rock LP
PO Box 509
Encinal TX 78019


Southern Tire Mart LLC
529 Industrial Park Rd.
Columbia MS 39429


Tex-America Carriers LLC
c/o Old Cardinale Capital
5904 West Dr., Ste. 22
Laredo, TX 78041


Texas Re-Excavation LC
PO Box 925067
Houston TX 77292


The F&M Bank & Trust Co.
1330 S. Harvard Ave.
Tulsa OK 74112-5818


The Sherwin Williams Co.
2005 N. Saint Marys St.
Beeville TX 78102


Third Coast Distributing LLC
PO Box 60410
Corpus Christi TX 78466-0410

Trashco LTD
PO Box 450635
Laredo TX 78045


U. S. Attorney/IRS
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78295-1539


U. S. Trustee
615 E. Houston St. Room 533
San Antonio, Texas 78205


United Rentals
PO Box 840514
Dallas TX 75284-0514


Victoria Farm Equipment Co
PO Box 1996
Victoria TX 77902


Wells Fargo Equipment Finance Inc.
733 Marquette Avenue, Ste. 700
Minneapolis MN 55402


Wells Fargo Equipment Finance Inc.
733 Marquette Avenue Ste 700
Minneapolis MN 55402-2340


Wood Group PSN Inc
17420 Katy Freeway
Houston TX 77094


Wright Materials Inc.
5706 FM 3088
Robstown TX 78380


Zapata Feed & Ranch Supplies
1010 Jackson Street
Zapata, TX 78076

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                                                                 CHAPTER   **11**

**Camino Agave, Inc**

DEBTOR(S)                                                      CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**9/7/2016**_____          Signature: **/s/ Darren Kolbe**_____

                                                                          ***Darren Kolbe***
                                                                          **President**